RECEIVED MAR - 4 2013 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

FILED MAR 5 2013 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

BERNS WEISS LLP
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
20700 Ventura Blvd. Suite 140
Woodland Hills, CA 91364
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

BERNS WEISS LLP
Lee A. Weiss
(*pro hac vice* application forthcoming)
lweiss@law111.com
585 Stewart Avenue, Suite L-20
Garden City, NY 11530
Telephone: (516) 222-2900
Facsimile: (818) 999-1500

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD D'ALESSIO; MICHAEL LERNER; KATHY LERNER; JASON FISHER; CHAN C. PHARN; JOSEPH MIDGETTE; Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK N.A.; WORLD SAVINGS, INC.; WORLD SAVINGS BANK, FSB; WACHOVIA MORTGAGE, FSB, NOW KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.; WACHOVIA CORPORATION; GOLDEN WEST FINANCIAL CORPORATION; WACHOVIA BANK, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB TX; and WACHOVIA MORTGAGE CORPORATION;<br><br>Defendants. | CASE NO.<br><br>13 0999<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>*Denied Per Judge Illston* |

1. The Court having considered the Plaintiffs' Administrative Motion to File Documents under Seal, and for good cause appearing therefore, IT IS HEREBY ORDERED THAT the Motion is GRANTED;

IT IS FURTHER ORDERED THAT, good cause having been shown, Plaintiffs shall file the *Unredacted* Class Action Complaint under seal in accordance with the Local Rules of this Court.

IT IS SO ORDERED.

Dated: _____          _____

UNITED STATES DISTRICT COURT JUDGE