BERNS WEISS, LLP
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Tel.: (818)961-2000
Fax: (818)999-1500

BERNS WEISS LLP
Lee A. Weiss
(*pro hac vice* application forthcoming)
lweiss@law111.com
585 Stewart Avenue, Suite L-20
Garden City, NY 11530
Tel: (516) 222-2900
Fax: (818) 999-1500

*Attorneys For Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD D'ALESSIO, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>Defendants. | **CASE NO. C 13-00999-SI**<br><br>[The Hon. Susan Illston]<br><br>**JOINT STIPULATION ON PROPOSED BRIEFING SCHEDULE AND HEARING ON MOTION; [PROPOSED] ORDER** |

The parties, by and through their counsel of record, hereby enter in the stipulation below concerning the response to Plaintiffs' Complaint, the briefing schedule and hearing date for any motion to dismiss. This stipulation is based on the following:

A. Plaintiffs filed their Class Action Complaint on March 4, 2013 (Dkt #1)

B. Because of the complexity of the factual and legal issues raised in the complaint, and to coordinate the briefing of any motion to dismiss in this action with the briefing in *Murphy v. Wells Fargo Home Mortgage,* Case Number C 12-006228-SI, which was related to this action by Order dated March 12, 2013 (*Murphy*, Dkt #23), the parties desire that the Court set the briefing schedule set forth below, which schedule the parties are also stipulating to in *Murphy*;

The parties hereby stipulate:

1. Defendants shall respond to the complaint on or before April 12, 2013;

2. If Defendants file a motion in response to the complaint, then Plaintiffs shall file an opposition to the motion on or before May 10, 2013; and

1      3. Defendants shall file a reply brief on or before May 31, 2013.

2      4. Defendants' motion in response to the complaint shall be heard on June 14, 2013 at 9:00 a.m., or as otherwise set by the Court.

4      5. The initial case management conference shall remain at June 14, 2013 at 2:30 p.m., as previously set. (Dkt #9).

Dated: March 15, 2013        BERNS WEISS LLP

By:   /s/ Jeffrey K. Berns
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
20700 Ventura Blvd, Suite 140
Woodland Hills, CA 91364
Tel.: (818)961-2000
Fax: (818)999-150

Attorneys for Plaintiffs

Dated: March 15, 2013

ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN LLP

By:   /s/ Yaw-Jiun (Gene) Wu
Mark T. Flewelling (SBN 96465)
Yaw-Jiun (Gene) Wu (SBN: 228240)
Leigh O. Curran (SBN: 173322)
199 So. Los Robles Ave. Suite 600
Pasadena, CA 91101
Telephone: +1 626 535 1900
Facsimile: +1 626 577 7764
Attorneys for Defendants WELLS FARGO HOME MORTGAGE, a Division of WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a WACHOVIA MORTGAGE, FSB, f/k/a WORLD SAVINGS BANK, FSB, and successor by merger with WACHOVIA MORTGAGE CORPORATION; WORLD SAVINGS, INC.; WELLS FARGO BANK SOUTH CENTRAL, N.A., successor by merger with WACHOVIA BANK, FSB, f/k/a WORLD SAVINGS BANK, FSB (TEXAS); and WELLS FARGO & COMPANY, successor by merger with WACHOVIA CORPORATION, which was successor by merger with GOLDEN WEST FINANCIAL CORPORATION ("Wells Fargo")

|     |     |
| --- | --- |
| 1   | **[PROPOSED] ORDER** |
| 2   | **PURSUANT TO STIPULATION, IT IS SO ORDERED** |
| 3   |     |
| 4   | Dated: ____3/15_____, 2013      _____/s/ Susan Illston_____ |
| 5   | HON. SUSAN ILLSTON<br>UNITED STATES DISTRICT JUDGE |

## ECF CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: March 15, 2013

By: ___/s/ Jeffrey K. Berns___

Jeffrey K. Berns (SBN 131351)
BERNS WEISS, LLP
jberns@law111.com
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Tel.: (818)961-2000
Fax: (818)999-1500

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Berns Weiss LLP, 20700 Ventura Blvd., Suite 140, Woodland Hills, CA 91364. On the date listed below, I served the following document(s) by the method indicated below:

1. **JOINT STIPULATION ON PROPOSED BRIEFING SCHEDULE AND HEARING ON MOTION; [PROPOSED] ORDER**

___ by transmitting via facsimile on this date from fax number _____ the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R. Ct 2003(3).

_X_ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

___ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

___ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

___ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

_X_ by transmitting via email to the parties at the email addresses listed below.

| | |
|---|---|
| T. Thomas Cottingham, III<br>tcottingham@winston.com<br>Stacie C. Knight<br>sknight@winston.com<br>**WINSTON & STRAWN LLP**<br>214 North Tryon Street<br>Charlotte, NC 28202-1078<br>Tel.: 704.350.7700<br>Fax.: 704.350.7800<br><br>Attorneys for Defendants | Amanda L. Groves<br>agroves@winston.com<br>**WINSTON & STRAWN LLP**<br>101 California Street<br>San Francisco, CA 94111-5802<br>T. 415.591.1000<br>F. 415.591.1400<br><br>Attorneys for Defendants |

| | |
|---|---|
| 1 | |
| 2 | Mark T. Flewelling<br>mflewelling@afrct.com |
| 3 | Yaw-Jiun (Gene) Wu<br>gwu@afrct.com |
| 4 | Leigh O. Curran<br>lcurran@afrct.com |
| 5 | **ANGLIN, FLEWELLING, RASMUSSEN,**<br>**CAMPBELL, AND TRYTTEN** |
| 6 | 199 So. Los Robles Avel., #600 |
| 7 | Pasadena, CA 91101<br>T. 626.535.1900 |
| 8 | F. 626.577.7764 |
| 9 | Attorneys for Defendants |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 15, 2013, at Woodland Hills, California.

_____
Albert G. Lum